IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-50150
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                          Plaintiff-Appellee,

versus

JOSE IGNACIO PERALES,

                                          Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-01-CR-117-1
--------------------
August 21, 2002

Before HIGGINBOTHAM, DAVIS, and PARKER, Circuit Judges.

PER CURIAM:*

     John M. Hurley, counsel appointed to represent Jose Ignacio

Perales, has filed a motion for leave to withdraw and has filed a

brief as required by Anders v. California, 386 U.S. 738 (1967).

Perales has not filed a response.  Our independent review of the

brief and the record discloses no nonfrivolous issue in this

direct appeal.  Accordingly, the motion for leave to withdraw is

GRANTED, counsel is excused from further responsibilities herein,

and the APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.